UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NELSON MALDONADO, et al.,

    Plaintiffs,

v.                        CASE NO: 8:11-cv-268-T-33EAJ

COOPERATIVA DE SEGUROS
MULTIPLES DE PUERTO RICO,

    Defendant.
_____/

### ORDER

This cause comes before the Court pursuant to the parties' Motion for Stay and Motion for Mediation (Doc. # 6). Plaintiffs have filed this breach of contract action against Defendant. The parties agree that a covered loss under the insurance policy has occurred. The parties, however, disagree as to the amount of said loss. The parties now request that the Court enter an order abating this action until the parties have an opportunity to go through the appraisal process regarding the amount of loss as provided for in the insurance agreement.

    Accordingly, it is

    **ORDERED, ADJUDGED,** and **DECREED:**

    (1) The parties' Motion for Stay and Motion for Mediation (Doc. # 6) is **GRANTED.**

(2) This case is hereby **STAYED** and **ADMINISTRATIVELY CLOSED** pending the completion of the appraisal process.

(3) The parties shall file a joint status report regarding the progress of the appraisal process on May 6, 2011 and every 60 days thereafter.

(4) Upon completion of the appraisal process, the parties shall move to lift the stay.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 8th day of March, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record